An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE DOING BUSINESS AS AMERICAN FAMILY MUTUAL INSURANCE COMPANY, A WISCONSIN CORPORATION,<br><br>     Appellants,<br><br>  vs.<br><br>CYNTHIA VOGL,<br><br>     Respondent. | No. 62476<br><br>**FILED**<br><br>APR 0 2 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

ORDER DISMISSING APPEAL

Respondent has filed a motion to dismiss this appeal for lack of jurisdiction. Specifically, respondent notes that appellants are attempting to appeal from the district court's interlocutory order denying a motion to disqualify counsel, and that such an order is not appealable. See Nevada Yellow Cab Corp. v. Eighth Judicial Dist Ct. 123 Nev. 44, 49, 152 P.3d 737, 740 (2007) (a writ of mandamus is the proper way to challenge a district court order regarding disqualification of counsel).

Appellants have filed a response to that motion. Appellants indicate that they do "not oppose the dismissal" of the appeal provided that this court allows appellants to proceed with their pending petition for a writ of mandamus challenging the same order.[1] In the alternative, appellants include a counter-motion requesting this court to treat the notice of appeal as a writ petition.

---

[1]That original writ proceeding was filed on February 11, 2013, and docketed as Case No. 62588. On March 11, 2013, this court entered an order in that related matter directing the real party in interest, respondent in this appeal, to file an answer to the writ petition.

13-09605

Respondent has filed an opposition to the counter-motion to treat the pending notice of appeal as a writ petition. Respondent notes that such alternative relief is unnecessary as it is clear that the proper way to challenge an order regarding disqualification of counsel is by a writ of mandamus and appellants have filed such a writ. Appellants have filed a reply to respondent's opposition to the counter-motion. Appellants emphasize that they do not oppose dismissal of this appeal as long as their writ petition is allowed to proceed.

After consideration of the parties' filing in this appeal and in light of the pending petition for a writ of mandamus, we dismiss this appeal.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Rob Bare, District Judge
     Salvatore C. Gugino, Settlement Judge
     Bremer Whyte Brown & O'Meara, LLP
     Richard Harris Law Firm
     Prince & Keating, LLP
     Eighth District Court Clerk